## (March 22, 1962)

■ In the Matter of INDUSTRIAL PSYCHOLOGY, INC., Appellant, v. CAROLINE K. SIMON, as Secretary of State of the State of New York, Respondent.—

No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ. [27 Misc 2d 879.]